**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kurtis Lee BRISTOW, Defendant–Appellant.**

**No. 07–50454.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 26, 2008 *.

Filed March 10, 2008.

Sherri Walker Hobson, Esq., Assistant U.S., USSD–Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Erick L. Guzman, FDSD–Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

MEMORANDUM **

Kurtis Lee Bristow appeals from the district court's revocation of his supervised release.

We dismiss in light of the fact that the appeal is moot. Bristow has completed all the terms of his sentence. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999).

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.